THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BLACKMAN, Also Known as ANTHONY BLACKMON, Appellant. [955 NYS2d 521]

Contrary to the defendant's contention, the periods of post-release supervision imposed by the Supreme Court upon his resentence were not excessive (*see People v Guillen*, 85 AD3d 1201, 1202 [2011]; *People v Suitte*, 90 AD2d 80 [1982]). Skelos, J.P., Leventhal, Chambers and Lott, JJ., concur.